# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

J & J SPORTS PRODUCTIONS, INC.                                                      PLAINTIFF

v.                                          NO. 4:14CV00708 JLH

IRENE G. ALAMILLA, individually,
d/b/a Escapade 2012; and ARCADIA
SPORTS BAR AND GRILL, INC., an
unknown business entity d/b/a Escapade 2012                                         DEFENDANTS

## DEFAULT JUDGMENT

The Clerk's default was entered against defendants Irene G. Alamilla, individually, d/b/a Escapade 2012, and Arcadia Sports Bar and Grill, Inc., an unknown business entity d/b/a Escapade 2012 (hereinafter "defendants"), on May 7, 2015.[1]  J & J Sports Productions, Inc., filed an application for entry of default judgment and documentation in support on or about July 23, 2015. The application was served on the defendants and notice was given to them.  The defendants have not appeared.  All requirements for entry of default judgment pursuant to Federal Rule of Civil Procedure 55 have been met.

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered against defendants and in favor of J & J Sports Productions, Inc., as follows:

| | | |
|---|---|---|
| a. | For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(i)(II): | $10,000.00 |
| b. | For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(ii): | $40,000.00 |
| c. | For the Tort of Conversion: | $ 6,200.00 |
| | Total: | $56,200.00 |

---

[1] The Clerk's default also was entered against Gerardo Almazan, individually and d/b/a Escapade 2012, but the plaintiff voluntarily dismissed its claims against Almazan on May 26, 2015.

IT IS ALSO ORDERED that J & J Sports Productions, Inc., shall have fourteen (14) days from the date of entry of judgment to submit its motion for costs and attorneys' fees.

IT IS SO ORDERED this 8th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE