**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

J & J SPORTS PRODUCTIONS, INC.                                                      PLAINTIFF

v.                              NO. 4:14CV00708 JLH

IRENE G. ALAMILLA, individually,
d/b/a Escapade 2012; and ARCADIA
SPORTS BAR AND GRILL, INC., an
unknown business entity d/b/a Escapade 2012                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of J & J Sports Productions, Inc., against Irene G. Alamilla and Arcadia Sports Bar and Grill, Inc., d/b/a Escapade 2012, in the amount of $1,624.92 for costs and $3,200.00 for attorneys' fees for a total judgment of $4,824.92 plus post-judgment interest to accrue at the rate of 0.53% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 22nd day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE